THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CV-71-FL

| | |
|---|---|
| TM, LLC, )<br>                     Plaintiff )<br>                              )<br>     vs.                  )<br>                              )<br>GARY CHARLES ANDERSON;       )<br>KATHERINE GAIL ANDERSON; CYA   )<br>OBX, LLC; ANDERSON HOMES OF    )<br>THE OUTER BANKS, LLC, LINDA     )<br>DESIBIA; ELIZABETH DESIBIA; QUINN )<br>DESIBIA; ALEXANDRA DESIBIA; and )<br>PARIS FASCHETTE,              )<br>                  Defendants ) | **CONSENT ORDER MODIFYING CASE MANAGEMENT ORDER** |

**THIS CAUSE** was heard upon the Defendants' Motion to Modify the Case Management Order to extend the deadlines for completion of discovery and filing of dispositive motions;

**AND IT APPEARING** that good cause exists to allow the Motion and that opposing counsel consents to the entry of the Order, this Court finds as fact and concludes as a matter of law that the Motion should be allowed.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED:**

1. Paragraph C, Article I of the Case Management Order is modified to provide as follows: All discovery shall be commenced or served in time to be completed by **October 16, 2013**;

2. Paragraph C, Article II of the Case Management Order is modified to provide as follows: All potentially dispositive motions shall be filed by **November 15, 2013**;

3. Except as expressly provided herein, the Case Management Order remains in full force and effect.

      This the __6th__ day of Ugr\go dgt, 2013.

                                                             LOUISE W. FLANAGAN
                                                             United States District Judge

WE CONSENT:

This the 30th day of August, 2013.

| | |
|---|---|
| /s/ Neil W. Scarborough<br>Neil W. Scarborough<br>N.C. State Bar No. 37270<br>The Scarborough Law Firm, P.C.<br>119 W. Woodhill Drive, Suite 9<br>P.O. Drawer 998<br>Nags Head, NC 27959<br>Phone: (252) 441-0998<br>Fax:    (252) 441-2727<br>Email: nws@scarboroughlawfirm.com<br>*Counsel for Defendants Gary Anderson, Gail Anderson, CYA OBX, LLC and Anderson Homes of the Outer Banks, LLC* | /s/ Chad J. Cochran<br>Chad J. Cochran, Esq.<br>HANNAH SHERIDAN LOUGHRIDGE & COCHRAN, LLP<br>1011 Schaub Drive<br>Raleigh, NC 27606<br>Phone: 919-859-6840<br>Fax: 919-859-6843<br>Email: ccochran@hslc-law.com<br>*Counsel for Plaintiff* |

/s/Dennis Rose
ROSE, HARRISON & GILREATH
P.O. Box 405
Kill Devil Hills, NC 27948
Email: dennis@outerbankslaw.com
*Counsel for Desibia Defendants*